### Francis AKINRO, Plaintiff–Appellant,

v.

### Patricia MAHER, Deputy Assistant Attorney General; George Bush, President of the United States of America, Defendants–Appellees.

#### No. 02–1311.

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 2002.

Decided June 18, 2002.

Francis Akinro, Appellant Pro Se.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Francis Akinro, a Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have re-

viewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we affirm based on the reasoning of the district court. *See Akinro v. Maher*, No. CA–02–555–CCB (D.Md. Mar. 4, 2002). We deny Akinro's motion for default judgment. We also deny Akinro's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*